CHARLES BURNHAM SQUIER, Appellant, v. AUGUSTUS S. HOUGHTON and FREDERICK C. SQUIER, Respondents, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS L. COHEN, Appellant, v. STRUMAGE REALTY Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE ZWEIGER, Respondent, v. PASSLOFF BROS., INC., and Others, Defendants, Impleaded with IKE AUGUST, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant Ike August to answer within twenty days from service of the order herein with notice of entry thereof upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy Martin and O'Malley, JJ.

SEYMOUR MORK, on Behalf of Himself and All Other Creditors of the Defendant SALIGOLD MILLS, INC., Respondent, v. JOSEPH P. RYAN, Appellant, Impleaded etc.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT THOMPSON, Appellant.*— Judgment rendered January 21, 1929, affirmed, and appeal from judgment rendered January 18, 1929, dismissed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE CHEMICAL NATIONAL BANK OF NEW YORK, as Executor, etc., of ROGER RICHARDSON HILL, Deceased, Respondent, v. SUSIE R. HILL and Others, Respondents, and AMERICAN NATIONAL RED CROSS, Appellant.— Judgment modified as indicated in order, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARLINGTON REALTY CORPORATION, Appellant. (Actions Nos. 1, 2 and 3.) — Judgments affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSALIA REICHENBACH, Respondent, v. JOSEPH REICHENBACH, Appellant — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JULIA H. W. SAWTELLE, Appellant, v. WM. A. WHITE & SONS, Respondent, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PAUL PEREY, as Administrator, etc., of EUGENE PEREY, Deceased, Appellant, v. DOLAN'S EXPRESS & TRUCKING Co., INC., Respondent.— Judgment reversed and a new trial ordered, with costs to appellant to abide the event, on the ground that questions of fact for the jury were presented both as to defendant's negligence and the contributory negligence of plaintiff's intestate. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.